387 A.2d 106

Commonwealth v. Croce, Appellant.

Argued December 9, 1977. George B. Ditter, Assistant Public Defender, with him Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Robert A. Selig, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.